IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH J. MITAN<br>*Plaintiff* | : | CIVIL ACTION |
| | : | |
| | : | NO. 12-6408 |
| v. | : | |
| | : | |
| UNITED STATES POSTAL | : | |
| INSPECTION SERVICE, | : | |
| GEORGE P. CLARK, INDIVIDUALLY | : | |
| AND IN HIS OFFICIAL CAPACITY | : | |
| OF POSTAL INSPECTOR, | : | |
| RICHARD E. DECKARD, | : | |
| and RANATTA S. RAPER | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW,** this 21st day of November 2013, upon consideration of the *motion to dismiss the amended complaint* filed by Defendants George P. Clark and United States Postal Inspection Service [ECF 4], Plaintiff's response thereto [ECF 11], Defendants' reply [ECF 12], Plaintiff's sur-reply [ECF 13], the supplemental memorandum [ECF 14], and the amended complaint, consistent with the Memorandum filed on this day, it is hereby **ORDERED** that the motion to dismiss is GRANTED. The Clerk of Court is directed to mark this matter closed for statistical purposes.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.